9763. ATLANTIC PAPER & PULP CORPORATION v. JOHNSON.
9764. ATLANTIC PAPER & PULP CORPORATION v. OWENS.

LUKE, J. Each of these cases is controlled by the decision this day rendered in *Atlantic Paper & Pulp Corporation* v. *Bowen*, ante, 249. The court erred in overruling the general demurrer.

DECIDED JANUARY 15, 1919. REHEARING DENIED JANUARY 28, 1919.

Description and counsel's names as in case next preceding.